# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Ida May Stevens  
      Debtor(s)

BKY. NO. 14-04625 JJT

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5072

                        Respectfully submitted,

                        **/s/ Thomas Puleo**  
                        Thomas Puleo, Esquire  
                        James C. Warmbrodt, Esquire  
                        KML Law Group, P.C.  
                        701 Market Street, Suite 5000  
                        Philadelphia, PA 19106-1532  
                        (215) 825-6306  FAX (215) 825-6406  
                        Attorney for Movant/Applicant